IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LOCAL 705 INTERNATIONAL BROTHERHOOD OF TEAMSTERS HEALTH AND WELFARE FUND, et al., </br>     Plaintiffs, </br> vs. </br> DONALD E. GAYTON, JR., </br>     Defendant. | CIVIL ACTION </br> NO. 10 C 5018 </br> JUDGE RUBEN CASTILLO |

**MOTION FOR ENTRY OF JUDGMENT**

Plaintiffs, by and through their attorneys, default having been entered against the Defendant on September 9, 2010, request this Court enter judgment against Defendant, DONALD E. GAYTON, JR.. In support of that Motion, Plaintiffs state:

1. On September 9, 2010, this Court entered default against Defendant, retained jurisdiction to enter final judgment and requested that the parties fully exhaust all settlement possibilities prior to filing any additional pleadings (a copy of the Court's Notification of Docket Entry issued September 9, 2010 is attached hereto as Exhibit A).

2. On September 15, 2010, Plaintiffs' counsel wrote to Defendant, Donald E. Gayton, Jr., informed Defendant of the entry of default against him, enclosed a copy of the Court's September 9, 2010 order and requested that Mr. Gayton contact her within 14 days to discuss resolution of the instant litigation (a copy of the September 15, 2010 letter to Defendant is attached hereto as Exhibit B).

3. As of the date of filing the instant Motion, Defendant has failed to contact Plaintiffs' counsel to resolve the instant litigation.

4. Based upon the documents attached hereto, Plaintiffs request entry of judgment against Defendant in the total amount of $12,240.40.

WHEREFORE, Plaintiffs respectfully request this Court to enter judgment in the amount of $12,240.40.

/s/   Catherine M. Chapman

Catherine M. Chapman
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6204026
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: cchapman@baumsigman.com

## CERTIFICATE OF SERVICE

  The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion for Entry of Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 6th day of October 2010:

    Mr. Donald E. Gayton, Jr.
    5249 W. Crystal Street, Apt. 1
    Chicago, IL 60651-1467


        /s/ Catherine M. Chapman


Catherine M. Chapman
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
Bar No.: 6204026
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: cchapman@baumsigman.com

I:\705w\Subro\Gayton\12-11-03\motion for entry of judgment.cmc.df.wpd